IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN L. RICHES,                                  No. CV 07-06149 MJJ,

       Plaintiff,

  v.                                                                **JUDGMENT IN A CIVIL CASE**

BEYONCE KNOWLES,

       Defendant.
_____/

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that this action is dismissed as plaintiff has failed to state a cognizable claim for relief under § 1983.

Dated: December 28, 2007                           Richard W. Wieking, Clerk

                                                                         By: /s/ Frank Justiliano
                                                                            Deputy Clerk